George Haines Esq.                                    E-FILED: March 24, 2011
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Diwiatt Barker

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | ) **Case No. BKS-11-12764-LBR** |
| | ) **Chapter 13** |
| | ) |
| | ) |
| **Diwiatt Barker**, | ) |
| | ) |
| | ) |
| **Debtor.** | ) |
| | ) |
| | ) |

## DECLARATION OF GEORGE HAINES, ESQ. REGARDING RESAONABLENESS OF FEES ON MOTION TO EMPLOY HAINES & KRIEGER, LLC AND TO APPROVE ADMINISTRATIVE EXPENSES FOR LOAN MODIFICATION SERVICES

STATE OF NEVADA          )
                         ) ss.
COUNTY OF CLARK          )

**GEORGE HAINES, ESQ.** declares as follows:

1.      That I am the counsel for the Debtor in the above Chapter 13 matter.

2.      That I make this Declaration of my own personal knowledge, and I am

competent to testify as to the matters herein.

…

…

…

- 1 -

- 2 -

3.      Based on my understanding of present market conditions for loan
modification services, the fees requested by Haines & Krieger, LLC in the amount of
$3,500 are reasonable.

DATED:  March 24, 2011

/s/George Haines, Esq._____
**George Haines, Esq.**
**Attorney For the Debtor**